IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BOBBY WALKER, JR.**                                                                                           **PLAINTIFF**

**v.**                                                            **CIVIL ACTION NO. 1:20-cv-338-TBM-RPM**

**STATE OF MISSISSIPPI, ANGEL MYERS**
**MCILRATH, JUSTIN MICHAEL LOVORN**
**and JUDGE ROBERT P. KREBS**                                                                   **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum and Opinion issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby, **DISMISSED WITH PREJUDICE**. The claims against the Defendants are dismissed as frivolous.

**SO ORDERED AND ADJUDGED**, this the 21st day of April, 2021.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE